IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )      CRIMINAL ACTION NO.
     v.                      )         2:19cr362-MHT
                             )              (WO)
JOHNATHAN SCOTT KELLEY       )
```

ORDER

This court previously found that the sentencing of defendant Johnathan Scott Kelley could proceed by videoconferencing. *See* Order (doc. no. 31). However, upon further consideration, and because Kelley faces a substantial sentence, the court is not comfortable with sentencing him entirely remotely. Nevertheless, the court must take steps to minimize the risk posed by the COVID-19 pandemic. Accordingly, the court has decided that the judge, Kelley, and defense counsel will appear in the courtroom for the sentencing, and that the remaining participants will participate in the sentencing by videoconferencing. Also, because Alabama is expected to reach its peak of COVID-19 cases this

week, the court has postponed the sentencing until May 7, 2020, with Kelley's consent.

Accordingly, it is ORDERED that the sentencing will proceed as described above.  The clerk of court shall make arrangements for this to occur.

DONE, this the 21st day of April, 2020.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**